```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                            CASE NO. 08 B 08987
        RICHARD MARSH
        DONNA A MARSH                                 CHAPTER 13

                                                      JUDGE: BRUCE W BLACK
               Debtor
        SSN XXX-XX-1292      SSN XXX-XX-4973
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/12/08 .

   2.  The case was dismissed without confirmation, 08/29/2008.

   3.  The Debtor paid a total of $   1375.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DEPARTMENT OF HUD | SECURED | .00 | .00 | .00 |
| DEPARTMENT OF HUD | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| GROVE DENTAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LEADING EDGE | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTISTS | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTISTS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PAIN CENTERS OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |

```
PETER ANALYTIS MD           UNSECURED       NOT FILED              .00           .00
CITIBANK                    UNSECURED       NOT FILED              .00           .00
PORTFOLIO RECOVERY ASSOC    UNSECURED       NOT FILED              .00           .00
SAGE TELECOM                UNSECURED       NOT FILED              .00           .00
SEVENTH AVENUE              UNSECURED       NOT FILED              .00           .00
STATE COLLECTION SRV        UNSECURED       NOT FILED              .00           .00
SUBURBAN RADIOLIGISTS       UNSECURED       NOT FILED              .00           .00
TROJAN PROFESSIONAL         UNSECURED       NOT FILED              .00           .00
WHEATON EYE CLINIC          UNSECURED       NOT FILED              .00           .00
```

Summary of disbursements:

|                     | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED  | .00     | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID      | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID       | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID          | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, JOHN C DENT                , was allowed $    3500.00
and was paid $     295.00   direct and $    1295.25   through the plan.

The Trustee received $      79.75 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/13/08                   /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE



                            PAGE   2
        CASE NO. 08 B 08987 RICHARD MARSH & DONNA A MARSH